[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1142

 PRASEUTH PANTHONG,

 Plaintiff, Appellant,

 v.

 MARY E. MAHONEY,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Nathaniel M. Gorton, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Campbell, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Praseuth Panthong on brief pro se. 
Terence P. O'Malley, Associate Counsel, University of 
Massachusetts, on brief for appellee.

 

 May 22, 1997
 

 Per Curiam. The order that this court issued on 

December 4, 1995 in appeal no. 95-2043 established that the

notice of default that appellant previously secured was

properly vacated and thus is null and void. That default did

not provide appellant with any basis for filing the

bankruptcy petition that gives rise to the present appeal.

Accordingly, the judgment of the district court is affirmed. 

See Local Rule 27.1. Appellant's request for payment of an 

administrative expense is moot. 

 -2-